UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

<u>Portland</u> DIVISION

<u>ANDREW MORET</u>

*(Enter full name of plaintiff)*

Plaintiff,

v.

<u>CAPTAIN PARKS, SGT. JACKSON,</u>
<u>COORDINATOR K. MAIN, and</u>
<u>FIVE UNKNOWN STATE OFFICERS</u>

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. <u>2:24-cv-01105-AA</u>
(to be assigned by Clerk's Office)

AMENDED
COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded

☐ Yes    ☑ No

## I. PARTIES

List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.

**Plaintiff**     Name: <u>Andrew Guy Moret</u>
Street Address: <u>2605 State St</u>
City, State & Zip Code: <u>Salem, OR 97310</u>
Telephone No.: <u>N/A</u>

Complaint for Violation of Civil Rights (Prisoner Complaint)    1
[Rev. 01/2018]

**Defendant No. 1**   Name: Captain Parks
Street Address: 777 Stanton Blvd.
City, State & Zip Code: Ontario, OR 97914
Telephone No.: (UNKNOWN)

**Defendant No. 2**   Name: Sergeant Jackson
Street Address: 777 Stanton Blvd.
City, State & Zip Code: Ontario, OR 97914
Telephone No.: (UNKNOWN)

**Defendant No. 3**   Name: K. Main, Coordinator
Street Address: 777 Stanton Blvd.
City, State & Zip Code: Ontario, OR 97914
Telephone No.: (UNKNOWN)

**Defendant No. 4**   Name: FIVE [5] UNKNOWN STATE OFFICERS
Street Address: 777 Stanton Blvd.
City, State & Zip Code: Ontario, OR 97914
Telephone No.: (UNKNOWN)

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

8th Amendment U.S. Const. "cruel & unusual", possibly more.
DUE PROCESS

### III. STATEMENT OF CLAIMS

#### Claim I

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

- On 8-8-2022 I was placed into a hostile living situation by CPT. PARKS (or) UNKNOWN OFC. ASSIGNMENTS - SRCI, intentionally and/or in violation of PREA assessment guidelines, causing a violent altercation & bruising. This also caused deployment of OC spray and great terror of being raped & killed.

- Upon request to SGT. JACKSON for a decontamination shower I was denied for 8½ hours covered in OC Spray. When I asked other UNKNOWN OFC.'s, I was told "SGT. Jackson says to wait." PAIN level 10+ for a long period of time. Sadistic treatment over time exacerbating phys. harms.

#### Claim II

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

DUE PROCESS (while incarcerated)
(Please incorporate Claim I to CLAIM II)(Please do not join them.)

Complaint for Violation of Civil Rights (Prisoner Complaint)      3
[Rev. 01/2018]

I did NOT do #9716.15 worth of damage to AIC Irwin, Matthew #2177008 at any time, ever. UNKNOWN Officers billed me that amount fraudulently, and they refused me a copy of THE BILL. Such a BILL may not truely exist.
    State Law requires disclosure of a redacted BILL (OAR 291-037-0028(3)) This deceit protected UNKNOWN Officers from blame for unlawful cell placement (CLAIM I) and OC SPRAY TORTURES. It cripples me financially.

### Claim III

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

(Please incorporate all CLAIMS without joinder.) Ending in 2024:
    Defendant K. Main, Coordinator and/or UNKNOWN Officers prevented me from accessing the grievance system in retaliatory type ways, and for immoral reasons, & Deceitful reasons, violating 1st Amd. U.S.Const., while incarcerated = "redress of grievances", etc. Using deceit, She protected UNKNOWN Officers from blame.
    (Dates & times true as stated in 2:23cv00715-HZ AMENDED COMPLAINT).

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

Complaint for Violation of Civil Rights (Prisoner Complaint)                    4
[Rev. 01/2018]

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☑ Yes    ☐ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

SEEKING APPOINTED COUNSEL.

TBD. Declaratory Judgment.

POTENTIALLY: Reimbursement, and/or $50,000.00

spread out over defendants, etc.

Prospective relief sought over & above monetary.

END EMPLOYMENTS POSSIBLY.

JUDICIAL CONFERENCE AT DISCRETION.


DECLARATION OF VERIFICATION: I swear under penalty of perjury all claims in Amend. Comp. are true to the best of my abilities.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __08__ day of __JANUARY__, 20__25__.

_____
(Signature of Plaintiff)

Complaint for Violation of Civil Rights (Prisoner Complaint)                      5
[Rev. 01/2018]